UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BARRY E. KOT,<br><br>    Plaintiff,<br><br>    v.<br><br>HUHTAMAKI, INC.,<br><br>    Defendant. | Civil Action No. 1:14-cv-00304-JAW |

## STIPULATION OF DISMISSAL

**NOW COME** the parties, by and through their respective counsel, and hereby stipulate to the dismissal of this matter with prejudice and without costs to any party.

Dated:  January 20, 2015          /s/ *Chad T. Hansen* _____
                                  Chad T. Hansen, Esq.
                                  Attorney for Plaintiff

                                  Maine Employee Rights Group
                                  92 Exchange Street
                                  Portland, Maine 04101
                                  Tel:  (207) 874-0905

Dated:  January 20, 2015          /s/ *Shiloh D. Theberge, Esq.*
                                  Shiloh D. Theberge
                                  Attorney for Defendant

                                  Fisher & Phillips LLP
                                  One Monument Square, 6th Floor
                                  Portland, Maine 04101
                                  Tel: (207) 774-6001

## CERTIFICATE OF SERVICE

I certify that I served the foregoing document upon all counsel of record through this Court's electronic filing system on the date below.

Dated:  January 20, 2015          */s/  Chad T. Hansen*

1